Roger J. Buffington (CA State Bar No. 191960)
Kaden J. Kennedy (CA State Bar No. 238699)
Adam M. Foster (CA State Bar No. 301507)
Buffington Law Firm, PC
8840 Warner Ave., Suite 300
Fountain Valley, CA 92708
Main: (714) 842-6124
Fax: (714) 842-6134
notice@buffingtonlawfirm.com (email)

Attorneys for: Creditor Bradley Donovan

**FILED & ENTERED**

**MAY 13 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** reid        **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| IN RE 7461 SHELTER COVE CIRCLE TRUST | USBC Case No. 8:16-BK-10052-ES<br>Chapter: 7<br><br>Adversary Proceeding USBC Case No.: 8:16-AP-01050-ES<br><br>OCSC No. 30-2015-00810545-CU-FR-CJC (Nonbankruptcy Action)<br><br>**ORDER REGARDING THE COURT'S RULING FROM THE APRIL 21, 2016 STATUS CONFERENCE** |

After review of the parties' papers and oral argument at the hearing of April 21, 2016, the Court has determined that a Status Conference is to be set for July 21, 2016 at 9:30 a.m. in Department 5A of the above-listed court. The parties are to file a Joint Status Report no later than July 7, 2016. **The parties shall state in the Joint Status Report whether the chapter 7**

---

**ORDER REGARDING THE COURT'S RULING FROM THE
APRIL 21, 2016 HEARING**

1

C:\Users\reid\Local Settings\Temp\Order#105979#88adfaee-41e4-4378-92c6-86c66ff03ccd.docx

**trustee intends to participate in this adversary proceeding or to abandon the estate's interest in the same pursuant to 11 U.S.C. 554(a) and such Joint Status Report <u>must</u> be signed by the chapter 7 trustee.** The real property at issue is commonly known as 7461 Shelter Cove Circle, Huntington Beach, CA 92648; APN: 933-874-64. The Property is Legally Described as:

> Parcel 1. The Condominium Unit: Unit 90 of Module "A" in Lot 1 of Tract No. 15531 in the County of Orange, State of California as per Map recorded in Book 771, Pages 26 through 32, inclusive, of Miscellaneous Maps in the Office of the County Recorder of Said County, as shown and defined in the Condominium Plan for Phase 10 recorded on October 28, 1999, as Instrument No. 19990758448, in the Official records of Orange County, California ("Condominium Plan"), and as defined in the "Declaration of Covenants, Conditions, and Restrictions and Reservation of Easements for Cape Ann" recorded on February 8, 1999 as Instrument No. 19990090928, and re-recorded on February 25, 1999 as Instrument No. 19990136116 and the "Notice of Annexation of Territory and Supplemental Declaration of Covenants, conditions and Restriction for Phase 10 of Cape Ann" recorded on October 28, 1999 as Instrument No. 19990758450, all in the Official Records of Orange County California, as each may be amended from time to time (collectively, "Declaration")
>
> Parcel 2. An Undivided Interest in the Common Area: A one/eleventh (1/11th) undivided fractional fee interest in and to all the property located in the City of Huntington Beach, County of Orange, State of California, described as Module B of that portion of said Lot 1 of said Tract No. 15531, as shown and defined in the Condominium Plan (defined above).

IT IS SO ORDERED.

###

Date: May 13, 2016

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

---

**ORDER REGARDING THE COURT'S RULING FROM THE
APRIL 21, 2016 HEARING**