United States Bankruptcy Court
Central District of California

Donovan,
     Plaintiff
                                  Adv. Proc. No. 16-01050-ES

Hennessey,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0973-8        User: admin        Page 1 of 1        Date Rcvd: May 13, 2016
                      Form ID: pdf031   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2016.
dft         +Gerald Allan Hennessey,   7461 Shelter Cove Circle Trust,   1401 S Sprague #193,
            Tacoma, WA 98405-2967

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla          Bradley Donovan
                                                                                                  TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2016                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2016 at the address(es) listed below:
        United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
        Weneta M Kosmala (TR)   ecf.alert+Kosmala@titlexi.com,
         wkosmala@txitrustee.com;dmf@txitrustee.com;kgeorge@kosmalalaw.com
                                                                                                   TOTAL: 2

Roger J. Buffington (CA State Bar No. 191960)
Kaden J. Kennedy (CA State Bar No. 238699)
Adam M. Foster (CA State Bar No. 301507)
Buffington Law Firm, PC
8840 Warner Ave., Suite 300
Fountain Valley, CA 92708
Main: (714) 842-6124
Fax: (714) 842-6134
notice@buffingtonlawfirm.com (email)

Attorneys for: Creditor Bradley Donovan

**FILED & ENTERED**

**MAY 13 2016**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY reid        DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| | |
|---|---|
| IN RE 7461 SHELTER COVE CIRCLE TRUST | USBC Case No. 8:16-BK-10052-ES<br>Chapter: 7<br><br>Adversary Proceeding USBC Case No.: 8:16-AP-01050-ES<br><br>OCSC No. 30-2015-00810545-CU-FR-CJC (Nonbankruptcy Action)<br><br>**ORDER REGARDING THE COURT'S RULING FROM THE APRIL 21, 2016 STATUS CONFERENCE** |

After review of the parties' papers and oral argument at the hearing of April 21, 2016, the Court has determined that a Status Conference is to be set for July 21, 2016 at 9:30 a.m. in Department 5A of the above-listed court. The parties are to file a Joint Status Report no later than July 7, 2016. **The parties shall state in the Joint Status Report whether the chapter 7**

---

**ORDER REGARDING THE COURT'S RULING FROM THE
APRIL 21, 2016 HEARING**

1

C:\Users\reid\Local Settings\Temp\Order#105979#88adfaee-41e4-4378-92c6-86c66ff03ccd.docx

**trustee intends to participate in this adversary proceeding or to abandon the estate's interest in the same pursuant to 11 U.S.C. 554(a) and such Joint Status Report must be signed by the chapter 7 trustee.** The real property at issue is commonly known as 7461 Shelter Cove Circle, Huntington Beach, CA 92648; APN: 933-874-64. The Property is Legally Described as:

> Parcel 1. The Condominium Unit: Unit 90 of Module "A" in Lot 1 of Tract No. 15531 in the County of Orange, State of California as per Map recorded in Book 771, Pages 26 through 32, inclusive, of Miscellaneous Maps in the Office of the County Recorder of Said County, as shown and defined in the Condominium Plan for Phase 10 recorded on October 28, 1999, as Instrument No. 19990758448, in the Official records of Orange County, California ("Condominium Plan"), and as defined in the "Declaration of Covenants, Conditions, and Restrictions and Reservation of Easements for Cape Ann" recorded on February 8, 1999 as Instrument No. 19990090928, and re-recorded on February 25, 1999 as Instrument No. 19990136116 and the "Notice of Annexation of Territory and Supplemental Declaration of Covenants, conditions and Restriction for Phase 10 of Cape Ann" recorded on October 28, 1999 as Instrument No. 19990758450, all in the Official Records of Orange County California, as each may be amended from time to time (collectively, "Declaration")
>
> Parcel 2. An Undivided Interest in the Common Area: A one/eleventh (1/11th) undivided fractional fee interest in and to all the property located in the City of Huntington Beach, County of Orange, State of California, described as Module B of that portion of said Lot 1 of said Tract No. 15531, as shown and defined in the Condominium Plan (defined above).

IT IS SO ORDERED.

###

Date: May 13, 2016

*Erithe A. Smith*
Erithe Smith
United States Bankruptcy Judge

---

**ORDER REGARDING THE COURT'S RULING FROM THE
APRIL 21, 2016 HEARING**

2

C:\Users\reid\Local Settings\Temp\Order#105979#88adfaee-41e4-4378-92c6-86c66ff03ccd.docx